**In the Matter of: Joseph J. SPERA and Elizabeth Spera, Debtors,**

**Mirna Ball; Philip J. Ball, Appellants,**

v.

**Michael F. Burkart, Trustee, Appellee.**

**No. 08–60019.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 7, 2009.

Filed Oct. 27, 2009.

H. Lee Horner, Jr., Esquire, Goldstein, Horner & Horner, Cortaro, AZ, for Mirna Ball.

Gregory Joseph Hughes, Esquire, Hughes and Pritchard, LLP, Roseville, CA, for Appellee.

Before: THOMPSON and THOMAS, Circuit Judges, and ALDRICH,* District Judge.

MEMORANDUM **

Mirna Ball appeals from the Bankruptcy Appellate Panel's affirmance of the bankruptcy court's judgment after trial in favor of Michael Burkart, trustee in bankruptcy for the estate of Joseph and Elizabeth Spera.

After reviewing the record and the briefs, and considering the oral arguments presented by the parties, we affirm for the

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The Honorable Ann Aldrich, Senior United States District Judge for the Northern District of Ohio, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

reasons given by the Bankruptcy Appellate Panel in its decision.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.